UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RAGHAV JUNEJA, | Case No. 1:25-cv-2523 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Reuben J. Sheperd |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

# ORDER

Plaintiff Raghav Juneja represents that the government has now acted on his application, making his lawsuit moot. Therefore, he moves to dismiss the lawsuit. For good cause shown, the Court **GRANTS** the motion and **DISMISSES** this lawsuit.

**SO ORDERED.**

Dated:  December 15, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio